IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**DUSTECH, LLC,**

      **Plaintiff,**

v.                                       Case No. 21-2199-DDC

**COMPASS MINERALS OGDEN, INC.,**

      **Defendant.**

## MEMORANDUM AND ORDER

Four Motions to Seal or Redact Documents are pending before the court (Docs. 144, 152, 153, 154). Local Rule 5.4.2 governs sealed documents, and a "court can order documents sealed if the party moving for sealing is able to show 'some significant interest that outweighs the presumption' in favor of open access to judicial records." *United States v. Pickard*, 733 F.3d 1297, 1300 (10th Cir. 2013) (quoting *Colony Ins. v. Burke*, 698 F.3d 1222, 1241 (10th Cir. 2012)); *see also* D. Kan. Rule 5.4.2.

The court denies plaintiff's motions (Docs. 144 and 152) because they each seek leave to maintain under seal a brief in its entirety and all the exhibits attached to that brief. Plaintiff's motions don't include a "description of the specific portions" that are "narrowly tailored to [an] asserted confidentiality interest" as required by D. Kan. Rule 5.4.2(c)(1). Plaintiff's blanket sealing requests are far broader than the presumption for public access to judicial records permits.

The court denies defendant's motions (Docs. 153 and 154) as well. Defendant's motions both seek leave to maintain under seal one exhibit and request the court to allow it to file redacted versions of the briefs and other exhibits. While defendant's motions *appear* narrowly

tailored, defendant failed to "separately email the document to chambers with its proposed redactions highlighted in yellow" as required by D. Kan. Rule 5.4.2(c).  Thus, the court can't determine if the proposed redactions comply with the governing standard for permitting a party to make sealed filings.

The court denies these motions—Docs. 144, 152, 153, 154—without prejudice.  If the parties wish to file renewed motions to seal these documents—ones that comply with D. Kan. Rule 5.4.2's requirements—they must do so within seven days of this Order.

**IT IS THEREFORE ORDERED BY THE COURT THAT** the following Motions to Seal or Redact Documents (Docs. 144, 152, 153, 154) are denied without prejudice.

**IT IS SO ORDERED.**

**Dated this 7th day of April, 2023, at Kansas City, Kansas.**

>  **s/ Daniel D. Crabtree**
>  **Daniel D. Crabtree**
>  **United States District Judge**